IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Altamirano, Abel A | Case Number: 08 B 08099 |
|---|---|---|
| | Altamirano, Mersedes | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 4/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 23, 2008
Confirmed: August 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,999.85 | |
| Secured: | | 15,237.81 |
| Unsecured: | | 32.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 1,197.62 |
| Other Funds: | | 4,632.42 |
| Totals: | 22,999.85 | 22,999.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,900.00 | 1,900.00 |
| 2. | HomEq Servicing Corp | Secured | 2,239.26 | 2,239.26 |
| 3. | HomEq Servicing Corp | Secured | 6,249.06 | 6,249.06 |
| 4. | Rogers & Hollands Jewelers | Secured | 201.17 | 28.00 |
| 5. | Nuvell Credit Company LLC | Secured | 14,547.58 | 2,784.00 |
| 6. | CitiFinancial Auto Credit Inc | Secured | 14,140.51 | 2,838.00 |
| 7. | HomEq Servicing Corp | Secured | 848.09 | 316.60 |
| 8. | HomEq Servicing Corp | Secured | 2,097.17 | 782.89 |
| 9. | Illinois Dept of Revenue | Priority | 51.00 | 0.00 |
| 10. | Internal Revenue Service | Priority | 11,384.99 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 3,136.14 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 248.95 | 0.00 |
| 13. | GE Money Bank | Unsecured | 791.20 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 7,900.86 | 0.00 |
| 15. | Wells Fargo Financial Bank | Unsecured | 554.91 | 0.00 |
| 16. | Beta Finance Co | Unsecured | 1,130.72 | 0.00 |
| 17. | Discover Financial Services | Unsecured | 3,516.57 | 0.00 |
| 18. | Corinthian Schools | Unsecured | 3,495.58 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 2,454.22 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 1,077.69 | 32.00 |
| 21. | ECast Settlement Corp | Unsecured | 4,090.93 | 0.00 |
| 22. | Capital One | Unsecured | 67.47 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 426.05 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 177.54 | 0.00 |
| 25. | Capital One | Unsecured | 130.74 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 303.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Altamirano, Abel A | Case Number: 08 B 08099 |
|---|---|---|
| | Altamirano, Mersedes | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 4/3/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Alexian Brothers Medical Center | Unsecured | 203.66 | 0.00 |
| 28. | American General Finance | Unsecured | 5,795.63 | 0.00 |
| 29. | Rogers & Hollands Jewelers | Unsecured | 358.43 | 0.00 |
| 30. | Internal Revenue Service | Unsecured | 28.52 | 0.00 |
| 31. | Wells Fargo Financial Bank | Unsecured | 571.93 | 0.00 |
| 32. | Cook County Treasurer | Secured | | No Claim Filed |
| 33. | Center For Sports Orthopae | Unsecured | | No Claim Filed |
| 34. | CLC | Unsecured | | No Claim Filed |
| 35. | Citicorp | Unsecured | | No Claim Filed |
| 36. | HSBC | Unsecured | | No Claim Filed |
| 37. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 38. | University Medical Center | Unsecured | | No Claim Filed |
| | | | $ 90,119.57 | $ 17,169.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 951.71 |
| 6.6% | 245.91 |
| | $ 1,197.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

